November 13, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

GLOBAL NEW MILLENIUM PARTNERS, LTD., Appellant

NO. 14-14-00717-CV                    V.

SOUTHWEST READY MIX, LLC, Appellee

_____

      Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 13, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by appellant, Global New Millenium Partners, Ltd..

      We further order that mandate be issued immediately.

      We further order this decision certified below for observance.